UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

Civil Action No. 08-146

In Regard to the Matter of:

Bayside State Prison          Opinion and Report

Litigation                        Of the

                               Special Master

KENNY WATFORD,

       -vs-

WILLIAM H. FAUVER, et al,

      Defendants.

    *    *    *    *

FRIDAY, APRIL 25, 2008

    *    *    *    *

BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER

April 25, 2008

Page 2

1

2                    Transcript of proceedings in the above

3       matter taken by Theresa O. Mastroianni, Certified

4       Court Reporter, license number 30X100085700, and

5       Notary Public of the State of New Jersey at the

6       United States District Court House, One Gerry Plaza,

7       Camden, New Jersey, 08102, commencing at 9:30 AM.

8

9

10

11

12

13

14

15

16

17

18

19

20                    MASTROIANNI & FORMAROLI, INC.

        Certified Court Reporting & Videoconferencing

21                    251 South White Horse Pike

                      Audubon, New Jersey 08106

22                    856-546-1100

23

24

25

April 25, 2008

```
 1    A P P E A R A N C E S:

 2

 3          LOUGHRY & LINDSAY, ESQUIRES

            BY:  LAWRENCE W. LINDSAY, ESQUIRE

 4          330 MARKET STREET

            CAMDEN, NEW JERSEY 08102

 5          856-968-9201

            ATTORNEYS FOR THE PLAINTIFFS

 6

 7

            ROSELLI & GRIEGEL, PC

 8          BY:  MARK ROSELLI, ESQUIRE

                 - and -

 9          BY:  KENNETH W. LOZIER, ESQUIRE

            1337 STATE HIGHWAY 33

10          HAMILTON SQUARE, NEW JERSEY  08690

            609-586-2257

11          ATTORNEYS FOR THE DEFENDANTS

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 4

1                JUDGE BISSELL:   We turn now to the

2      reopening of the case 08-146 involving Kenny Watford.

3      The following constitutes the Special Master's

4      determination regarding the complaint of Kenny

5      Watford.

6                This opinion/report is being issued

7      pursuant to the directives of the Order of Reference

8      to a Special Master and the Special Master's

9      Agreement and the guiding principles of law which

10     underlie this decision to be applied to the facts

11     upon which it is based as set forth in the jury

12     instructions in the Walker and Mejias jury charges to

13     the extent applicable to the allegations in Mr.

14     Watford's case.

15               As finalized after review under Local

16     Civil Rule 52.1, the transcript of this oral opinion

17     will constitute the written report required by

18     paragraph seven of the Order of Reference to a

19     Special Master.

20               Kenny Watford was an occupant of

21     Trailer Two (as he described it, 2D West) at the time

22     of the lockdown.   He testified first to an incident

23     involving him on or about the second of August, as

24     best he can recall it, the date upon which Officer

25     Baker was buried.

1                   His testimony with regard to those

2    events appears in several segments which I will read

3    into the record at this time from the transcript of

4    April 9th, 2008.

5                   Some of these excerpts are fairly

6    lengthy, but I think there is some importance to

7    engaging in this process.

8                   Page 18, line 15:  Did there come a

9    time -- now, there came a time when you were

10   assaulted, correct?

11                  Answer:  Yes.

12                  Before I turn to that I want to direct

13   your attention -- when was that?  When were you

14   assaulted?  What was the date of the assault?

15                  August the second.

16                  How do you know?  Are you sure of the

17   date?  How are you sure of the date upon which you

18   were assaulted?

19                  Because on this particular day there

20   was a sergeant on the tier and I spoke to the

21   sergeant about the way that we were being treated,

22   you know, as far as I believe our privileges.  We

23   weren't allowed to have any contact with our families

24   and you know we all knew that people on the outside

25   was aware of what was going on, but, you know, we all

1     had families out there and we needed to get in touch

2     with our family.  And I was speaking to the sergeant,

3     I told him it wasn't right the way we were being

4     treated because we had nothing to do with what went

5     on with Officer Baker and Steven Beverly.  Most of us

6     didn't know Officer Baker and most of us didn't know

7     Steven Beverly, although I did.  But for the most

8     part a lot of guys probably never even laid eyes on

9     either one of those guys.  We had absolutely nothing

10    to do with it and --

11              I guess my question was why are you

12    sure about the date?

13              Answer:  Well, he got an attitude with

14    me because he brought it to my attention that the day

15    that I complained to him about our rights, their

16    brother was being -- they were having his funeral.

17    And that was --

18              So you're saying it was the day, at

19    least according to your information, it was the date

20    of the funeral?  But as far as it being August 2nd,

21    or August 3rd you're not -- are you sure about the

22    date?  You just think it's the date?

23              Answer:  I can't be specific about that

24    date, but I know it was the day that Officer Baker

25    was laid to rest because those guys raised hell with

1    me about saying something on that particular day.

2           Skipping some intervening discussion.

3    Resume at page 21, line one.  And I myself, I believe

4    I was the only guy in the entire unit who had some

5    mobility as far as going around to different wings

6    because Officer Allen and Officer Glover appointed

7    me, I went from tier rep to trailer rep.

8           Question:  What did that involve being

9    the rep?  What is a rep?

10          Answer:  If there are any issues that

11    the inmate population in Trailer Two had that the

12    officers couldn't handle or something that had to be

13    brought to the administration's attention, Mr. Faunce

14    or maybe the captain or lieutenant, I was the one who

15    they appointed to go speak with those persons in

16    charge.

17          Moving ahead further to page 27, line

18    11 the questioning resumes by Mr. Lindsay.  Now you

19    asked the officer if you could speak to him.  What

20    did he reply?

21          He said yes and we went immediately off

22    the tier.

23          And what did you say to him?

24          I told him that I needed to get in

25    touch with my family.  You know there were a bunch of

1      us here, we were being mistreated, you know, in ways

2      that -- for reasons that we had nothing to do with.

3      And I apologized to him for the loss of Officer Baker

4      at the time.  But I told him, you know guys who -- we

5      have families, we need to get in touch with our

6      families.  We're not receiving mail, we're not

7      allowed to send mail out, we're not allowed to make

8      phone calls and the restrictions were intense and we

9      felt like our rights were being violated.  And I

10     guess he got aggravated by what I said and so he told

11     me to come with him and we went over to the day room

12     area and he made a phone call on the phone over by

13     Officer Allen's station.

14              Moving ahead a little further.  Page

15     29, line 12, question:  So what happened then?

16              Answer:  Several minutes later there

17     was a little small band of guys came down and they

18     were marching in cadence.  And the guy that was

19     bringing up the rear had a dog with him.  And so the

20     sergeant had me step out on the step with him and

21     there was one guy who I guess was the little troop

22     commander because there were two lines of guys, but

23     they were only, like, four deep I would say.  And he

24     spoke to that guy and told him what I said.

25              Question:  Did you hear what that

1   officer said at the time?

2           Yes, I could.

3           Question:  What did he say?  What did

4   you hear?

5           The sergeant told him that this inmate

6   here is complaining about their privileges on the day

7   of our comrade's funeral.

8           Question:  What happened?

9           They pulled me off that step and ran my

10  head up against the exterior wall of the trailer and

11  started beating and kicking the shit out of me.  I

12  said maybe two-and-a-half, three minutes, but when

13  you're going through something like that, it seems

14  like it was a long time.  Whether it was a long time

15  or not, I felt like it was a long time.  I was on my

16  knees, I had my head rammed up against that wall and

17  I was just getting beaten on my back, around my back

18  area.

19          Question:  How many officers were

20  involved in this beating?

21          Well, there were six of them there, but

22  I'm not sure all six officers hit me, but two or

23  three officers were hitting me because the one guy

24  held me down by my neck and my head, you know, while

25  some of the other officers were doing what they did.

1    Then when one of the officers said something the

2    beatings stopped and another officer, the officer

3    that had the dog came over there.  The dog was

4    barking the entire time and he had the dog right next

5    to my head.  And he was still -- had the pressure on

6    my head up against that unit and the dog was barking.

7    And he had the dog so close that the dog was

8    salivating on the left side of my face and I had

9    saliva in my hair.  I was terrified.

10            Question:  And approximately how long

11   do you think this incident took?

12            Answer:  Seemed to me to be five or six

13   minutes.

14            Let me ask you, were you injured as a

15   result of this assault?

16            Answer:  My knees were hurting a lot.

17   I felt some, you know, pain in my back and I had

18   swelling on my face.  I had a little swelling on my

19   face, it was just a little puffy.

20            What about your head as a result of

21   being pushed into the trailer?

22            I was just having some headaches at the

23   time.

24            Question:  Do you remember which part

25   of your body actually suffered the blows?

Page 11

1                    Yes, my back.  And around my back and

2    my lower ribs.

3                    Did they -- you mentioned they were

4    beating the shit out of you, but were they hitting

5    you?

6                    Answer:  I got kicked in my ass and

7    everything.  I felt body -- you know, I felt punches

8    in my ribs, I felt boots on my buttocks.  I even felt

9    a small -- I knew it was a stick that hit me because

10   it was too small to be someone's hand, plus it was

11   hard.

12                   Did you have any sense of whether or

13   not they were trying to hurt you?

14                   Answer:  They were trying to hurt me.

15   They weren't trying to kill me.  But they were trying

16   to hurt me.

17                   Did it, in fact, hurt?

18                   Yes, it did.  Yes, sir.

19                   After the assault on you, what

20   happened?

21                   They told me to get up and assisted me

22   in going up and then sergeant told me to get my ass

23   back on that wing and keep my mouth shut and that's

24   what I did.

25                   Now, did you complain to anyone about

1    this assault?

2            Answer:  No, I was scared to death, no.

3            I also take note of the fact that this

4    testimony with regard to what happened to him on that

5    date is consistent with the contemporaneous complaint

6    letter that he wrote to Judge Jeff S. Mason, at least

7    he's addressed as The Honorable Jeff S. Mason in his

8    chambers in Quaker Bridge Plaza in Trenton, New

9    Jersey.  It was introduced as P-72 in evidence.  I

10    say contemporaneous.  Relatively so, written on the

11    22nd of August, just some 20 days afterward.

12            This letter, by the way, was received

13    by state authorities according to the stamp appearing

14    on my copy, P-72, on August 27th.

15            He also filed an Administrative Remedy

16    Form (and I'm not getting into an exhaustion question

17    at this point) the Administrative Remedy Form is

18    dated in late December of 1998, D-187 in evidence,

19    which also recounts the events in question here

20    consistently with his testimony here in court.

21            I find that it is reasonable and

22    credible in connection with the explanations that

23    appear here for his lack of complaints within the

24    system at Bayside State Prison.  This man in

25    particular had every reason to fear retaliation.

April 25, 2008

1             Similarly, with regard to his decision

2    not to give a detailed statement when interviewed by

3    Internal Affairs at the North Jersey prison facility,

4    he also has a valid explanation at least in terms of

5    whether it had any adverse impact on his credibility,

6    which it doesn't, because he was about to get out.

7    He certainly didn't want trouble and be plunged into

8    this event while still in custody.  That could have

9    imperiled that status, at least in his mind, and

10   that's a very reasonable concern.

11            There was some debate in the course of

12   the cross-examination particularly about his knees

13   and how could he have been really injured in his

14   knees because he was on his knees.  He doesn't say he

15   was hit in his knees on this occasion, however, he

16   did say he was slammed to the ground on a hard

17   surface and that that aggravated a pre-existing knee

18   condition which was well-documented in the matter in

19   question.

20            So I find that, in addition to head and

21   back pain which was severe in the first instance and

22   lingered thereafter, a pre-existing condition with

23   regard to his knees was aggravated, and that also led

24   to the persistence of that injury.

25            I find it also rather interesting that

1    this beating was inflicted on the exterior of the

2    trailer.  That had certain advantages for those who

3    inflicted it.  First, it was not within the confines

4    of the trailer itself either in one of the wings or

5    in the day room where it could much more easily be

6    observed and heard presumably by the other inmate

7    occupants.  Secondly, and I must admit I've not

8    confirmed by looking at the log book at this time,

9    but from the evidence we've been receiving here, if

10   they had entered into the trailer unit, presumably an

11   entry would have had to have been made in the log

12   book for that arrival.  One would assume, at least,

13   that with activities on the outside of the trailer,

14   such an entry would not be necessary.

15             As I said, I haven't reviewed the log

16   book specifically.  If, in fact, there is an entry

17   for SOGs in and out that day, at that time, then so

18   be it.  I don't think it diminishes, if you will, my

19   findings as to the actual facts that occurred on the

20   outside of the trailer.  But if, in fact, there was

21   no log entry for SOG arrival at that particular

22   occasion, then I think that's further support of the

23   calculated nature of this event by, among other

24

25

1     things, having it take place outside the confines of

2     the trailer unit.

3                    The action of assaulting and beating

4     Mr. Watford in the manner in which he described, and

5     which I have determined occurred, goes well beyond

6     the necessity of any proper law enforcement needs or

7     any proper exercise of discipline or other legitimate

8     penalogical purpose, as well defined in the jury

9     instructions which are incorporated here.

10                   There was, indeed, excessive,

11    unnecessary and sadistic force imposed upon Mr.

12    Watford within the comtemplations of those legal

13    principles.  I also find that this is a case where

14    punitive damages should be imposed.  There was

15    absolutely no reason to call the SOGs in or to have

16    them in that vicinity on this occasion.  They were

17    not there for the purpose of transporting inmates,

18    they were not there for the purpose of assisting in a

19    search, they were not there to respond to any

20    legitimate concern about prison discipline or

21    possible disturbances in the unit.  They were called

22    there specifically to inflict punishment upon Mr.

23    Watford who in the eyes first of the sergeant and

24    then the SOGs had the audacity to do his job on the

25    same day that Mr. Baker was being laid to rest.  His

1    job as the trailer rep was to bring concerns of those

2    within that unit to appropriate authorities, and in

3    this case he approached the housing sergeant who

4    happened to be on the premises.  Certainly a very

5    appropriate first step in that regard.

6             Secondly, and I find by way of

7    appropriate inference, this was the right man to beat

8    at the right time.  We were early in the lockdown

9    period, this was an inmate rep, let's let him know

10   who's in charge here (a little bit of the so-called

11   cut off the head mentality) and thereby you're in a

12   position to diminish his effectiveness as an advocate

13   for the others in his facility and through him, of

14   course, deliver a message back to others that even

15   those in a position of some prestige within the

16   inmate population are vulnerable and will be dealt

17   with.

18             I just want to make one other quick

19   comment.  Plaintiff talked about a second assault on

20   him by being hit twice for moving his head to look at

21   Mr. Hussie during his removal from the unit for a

22   search of the unit at a later date.  I find that this

23   event, taken by itself, would be an appropriate

24   response to disobeying an order not to look, a

25   legitimate order in that sense.  Nor do I find,

Page 17

1    considered either individually, cumulatively, that it

2    adds to the magnitude of his injuries.

3              To make it perfectly clear, the

4    decision in Mr. Watford's favor here is measured upon

5    the events of his beating on the day of Mr. Baker's

6    funeral and not the events on his removal from his

7    unit for purposes of the search.

8              As you know, I have incorporated here

9    by reference all of the terms of the jury

10   instructions in the Walker and Mejias cases.  And

11   particularly in the Walker charge, I've examined it,

12   there is a comprehensive description of legal

13   principles with regard to the imposition of punitive

14   damages which I incorporate by reference specifically

15   here.

16             I might note merely in summary that

17   punitive damages are to be awarded if the actions in

18   question are motivated by an evil motive or intent or

19   reckless or callus indifference to the plaintiff's

20   rights to be free from cruel and unusual punishment.

21   Whether considered under either of those tests or any

22   others in the jury instructions, that's exactly what

23   occurred and what was visited upon Kenny Watford in

24   this case.

25             Finally, although not every item of

1    evidence has been discussed in this opinion/report,

2    all evidence presented to the Special Master was

3    discussed and considered.

4            I find that the injury inflicted here

5    is actionable.  I find that the injuries were acute

6    initially and remained permanent in the manner

7    previously described.  Accordingly, I recommend in

8    this report that the district court enter an award of

9    compensatory damages in the amount of eight thousand

10   dollars in favor of Kenny Watford.

11           In addition, based upon my prior

12   recitation concerning the severity of these acts,

13   their totally improper and inappropriate motivation

14   and as reflected in legal standards applicable to

15   punitive damages, I similarly recommend in this

16   report that the district court enter an award of

17   punitive damages in the amount of 20 thousand

18   dollars.

19

20

21

22

23

24

25

Page 19

1                    C E R T I F I C A T E

2

3          I, Theresa O. Mastroianni, a Notary Public and

4     Certified Shorthand Reporter of the State of New

5     Jersey, do hereby certify that the foregoing is a

6     true and accurate transcript of the testimony as

7     taken stenographically by and before me at the time,

8     place, and on the date hereinbefore set forth.

9          I DO FURTHER CERTIFY that I am neither a

10    relative nor employee nor attorney nor counsel of any

11    of the parties to this action, and that I am neither

12    a relative nor employee of such attorney or counsel,

13    and that I am not financially interested in the

14    action.

15

16

17

18

19     *Theresa O. Mastroianni*

        Theresa O. Mastroianni, C.S.R.

20      Notary Public, State of New Jersey

        My Commission Expires May 5, 2010

21      Certificate No. XI0857

        Date:   April 29, 2008

22

23

24

25

**A**

absolutely 6:9
   15:15
accurate 19:6
action 1:2 15:3
   19:11,14
actionable 18:5
actions 17:17
activities 14:13
acts 18:12
actual 14:19
acute 18:5
addition 13:20
   18:11
addressed 12:7
adds 17:2
administratio...
   7:13
Administrative
   12:15,17
admit 14:7
advantages 14:2
adverse 13:5
advocate 16:12
Affairs 13:3
afterward 12:11
aggravated 8:10
   13:17,23
Agreement 4:9
ahead 7:17 8:14
al 1:9
allegations 4:13
Allen 7:6
Allen's 8:13
allowed 5:23 8:7
   8:7
amount 18:9,17
Answer 5:11
   6:13,23 7:10
   8:16 10:12,16
   11:6,14 12:2
apologized 8:3
appear 12:23
appearing 12:13
appears 5:2

applicable 4:13
   18:14
applied 4:10
appointed 7:6
   7:15
approached
   16:3
appropriate
   16:2,5,7,23
approximately
   10:10
April 1:15 5:4
   19:21
area 8:12 9:18
arrival 14:12,21
asked 7:19
ass 11:6,22
assault 5:14
   10:15 11:19
   12:1 16:19
assaulted 5:10
   5:14,18
assaulting 15:3
assisted 11:21
assisting 15:18
assume 14:12
attention 5:13
   6:14 7:13
attitude 6:13
attorney 19:10
   19:12
ATTORNEYS
   3:5,11
audacity 15:24
Audubon 2:21
August 4:23
   5:15 6:20,21
   12:11,14
authorities
   12:13 16:2
award 18:8,16
awarded 17:17
aware 5:25

**B**

back 9:17,17

10:17 11:1,1
   11:23 13:21
   16:14
Baker 4:25 6:5,6
   6:24 8:3 15:25
Baker's 17:5
band 8:17
barking 10:4,6
based 4:11 18:11
Bayside 1:5
   12:24
beat 16:7
beaten 9:17
beating 9:11,20
   11:4 14:1 15:3
   17:5
beatings 10:2
believe 5:22 7:3
best 4:24
Beverly 6:5,7
beyond 15:5
BISSELL 1:20
   4:1
bit 16:10
blows 10:25
body 10:25 11:7
book 14:8,12,16
boots 11:8
Bridge 12:8
bring 16:1
bringing 8:19
brother 6:16
brought 6:14
   7:13
bunch 7:25
buried 4:25
buttocks 11:8

**C**

C 3:1 19:1,1
cadence 8:18
calculated 14:23
call 8:12 15:15
called 15:21
calls 8:8
callus 17:19

Camden 2:7 3:4
captain 7:14
case 4:2,14
   15:13 16:3
   17:24
cases 17:10
certain 14:2
certainly 13:7
   16:4
Certificate
   19:21
Certified 2:3,20
   19:4
certify 19:5,9
chambers 12:8
charge 7:16
   16:10 17:11
charges 4:12
Civil 1:2 4:16
clear 17:3
close 10:7
come 5:8 8:11
commander
   8:22
commencing 2:7
comment 16:19
Commission
   19:20
compensatory
   18:9
complain 11:25
complained 6:15
complaining 9:6
complaint 4:4
   12:5
complaints
   12:23
comprehensive
   17:12
comrade's 9:7
comtemplations
   15:12
concern 13:10
   15:20
concerning
   18:12

concerns 16:1
condition 13:18
   13:22
confines 14:3
   15:1
confirmed 14:8
connection
   12:22
considered 17:1
   17:21 18:3
consistent 12:5
consistently
   12:20
constitute 4:17
constitutes 4:3
contact 5:23
contemporane...
   12:5,10
copy 12:14
correct 5:10
counsel 19:10,12
course 13:11
   16:14
court 1:1 2:4,6
   2:20 12:20
   18:8,16
credibility 13:5
credible 12:22
cross-examina...
   13:12
cruel 17:20
cumulatively
   17:1
custody 13:8
cut 16:11
C.S.R 19:19

**D**

damages 15:14
   17:14,17 18:9
   18:15,17
date 4:24 5:14
   5:17,17 6:12
   6:19,22,22,24
   12:5 16:22
   19:8,21

dated 12:18
day 5:19 6:14,18
  6:24 7:1 8:11
  9:6 14:5,17
  15:25 17:5
days 12:11
dealt 16:16
death 12:2
debate 13:11
December 12:18
decision 4:10
  13:1 17:4
deep 8:23
Defendants 1:10
  3:11
defined 15:8
deliver 16:14
described 4:21
  15:4 18:7
description
  17:12
detailed 13:2
determination
  4:4
determined 15:5
different 7:5
diminish 16:12
diminishes
  14:18
direct 5:12
directives 4:7
discipline 15:7
  15:20
discussed 18:1,3
discussion 7:2
disobeying
  16:24
district 1:1,1 2:6
  18:8,16
disturbances
  15:21
dog 8:19 10:3,3
  10:4,6,7,7
doing 9:25
dollars 18:10,18
D-187 12:18

**E**
E 3:1,1 19:1,1
early 16:8
easily 14:5
effectiveness
  16:12
eight 18:9
either 6:9 14:4
  17:1,21
employee 19:10
  19:12
enforcement
  15:6
engaging 5:7
enter 18:8,16
entered 14:10
entire 7:4 10:4
entry 14:11,14
  14:16,21
ESQUIRE 3:3,8
  3:9
ESQUIRES 3:3
et 1:9
event 13:8 14:23
  16:23
events 5:2 12:19
  17:5,6
evidence 12:9,18
  14:9 18:1,2
evil 17:18
exactly 17:22
examined 17:11
excerpts 5:5
excessive 15:10
exercise 15:7
exhaustion
  12:16
Expires 19:20
explanation
  13:4
explanations
  12:22
extent 4:13
exterior 9:10
  14:1

eyes 6:8 15:23

**F**
F 19:1
face 10:8,18,19
facility 13:3
  16:13
fact 11:17 12:3
  14:16,20
facts 4:10 14:19
fairly 5:5
families 5:23 6:1
  8:5,6
family 6:2 7:25
far 5:22 6:20 7:5
Faunce 7:13
FAUVER 1:9
favor 17:4 18:10
fear 12:25
felt 8:9 9:15
  10:17 11:7,7,8
  11:8
filed 12:15
finalized 4:15
Finally 17:25
financially
  19:13
find 12:21 13:20
  13:25 15:13
  16:6,22,25
  18:4,5
findings 14:19
first 4:22 13:21
  14:3 15:23
  16:5
five 10:12
following 4:3
force 15:11
foregoing 19:5
Form 12:16,17
FORMAROLI
  2:20
forth 4:11 19:8
four 8:23
free 17:20
FRIDAY 1:15

funeral 6:16,20
  9:7 17:6
further 7:17
  8:14 14:22
  19:9

**G**
Gerry 2:6
getting 9:17
  12:16
give 13:2
Glover 7:6
go 7:15
goes 15:5
going 5:25 7:5
  9:13 11:22
GRIEGEL 3:7
ground 13:16
guess 6:11 8:10
  8:21
guiding 4:9
guy 7:4 8:18,21
  8:24 9:23
guys 6:8,9,25 8:4
  8:17,22

**H**
H 1:9
hair 10:9
HAMILTON
  3:10
hand 11:10
handle 7:12
happened 8:15
  9:8 11:20 12:4
  16:4
hard 11:11
  13:16
head 9:10,16,24
  10:5,6,20
  13:20 16:11,20
headaches 10:22
hear 8:25 9:4
heard 14:6
held 9:24
hell 6:25

hereinbefore
  19:8
HIGHWAY 3:9
hit 9:22 11:9
  13:15 16:20
hitting 9:23 11:4
Honorable 1:20
  12:7
Horse 2:21
House 2:6
housing 16:3
hurt 11:13,14,16
  11:17
hurting 10:16
Hussie 16:21

**I**
immediately
  7:21
impact 13:5
imperiled 13:9
importance 5:6
imposed 15:11
  15:14
imposition 17:13
improper 18:13
inappropriate
  18:13
incident 4:22
  10:11
incorporate
  17:14
incorporated
  15:9 17:8
indifference
  17:19
individually
  17:1
inference 16:7
inflict 15:22
inflicted 14:1,3
  18:4
information
  6:19
initially 18:6
injured 10:14

13:13
injuries 17:2
    18:5
injury 13:24
    18:4
inmate 7:11 9:5
    14:6 16:9,16
inmates 15:17
instance 13:21
instructions
    4:12 15:9
    17:10,22
intense 8:8
intent 17:18
interested 19:13
interesting
    13:25
Internal 13:3
intervening 7:2
interviewed 13:2
introduced 12:9
involve 7:8
involved 9:20
involving 4:2,23
issued 4:6
issues 7:10
item 17:25

**J**

Jeff 12:6,7
Jersey 1:1 2:5,7
    2:21 3:4,10
    12:9 13:3 19:5
    19:20
job 15:24 16:1
JOHN 1:20
Judge 4:1 12:6
jury 4:11,12
    15:8 17:9,22

**K**

keep 11:23
KENNETH 3:9
Kenny 1:7 4:2,4
    4:20 17:23
    18:10

kicked 11:6
kicking 9:11
kill 11:15
knee 13:17
knees 9:16 10:16
    13:12,14,14,15
    13:23
knew 5:24 11:9
know 5:16,22,24
    5:25 6:6,6,24
    7:25 8:1,4 9:24
    10:17 11:7
    16:9 17:8

**L**

lack 12:23
laid 6:8,25 15:25
late 12:18
law 4:9 15:6
LAWRENCE
    3:3
led 13:23
left 10:8
legal 15:12
    17:12 18:14
legitimate 15:7
    15:20 16:25
lengthy 5:6
letter 12:6,12
let's 16:9
license 2:4
lieutenant 7:14
Lindsay 3:3,3
    7:18
line 5:8 7:3,17
    8:15
lines 8:22
lingered 13:22
Litigation 1:6
little 8:14,17,21
    10:18,19 16:10
Local 4:15
lockdown 4:22
    16:8
log 14:8,11,15
    14:21

long 9:14,14,15
    10:10
look 16:20,24
looking 14:8
loss 8:3
lot 6:8 10:16
LOUGHRY 3:3
lower 11:2
LOZIER 3:9

**M**

mad 9:16
magnitude 17:2
mail 8:6,7
man 12:24 16:7
manner 15:4
    18:6
marching 8:18
MARK 3:8
MARKET 3:4
Mason 12:6,7
Master 1:6,20
    4:8,19 18:2
Master's 4:3,8
Mastroianni 2:3
    2:20 19:3,19
matter 1:4 2:3
    13:18
measured 17:4
Mejias 4:12
    17:10
mentality 16:11
mentioned 11:3
merely 17:16
message 16:14
mind 13:9
minutes 8:16
    9:12 10:13
mistreated 8:1
mobility 7:5
motivated 17:18
motivation
    18:13
motive 17:18
mouth 11:23
moving 7:17

8:14 16:20

**N**

N 3:1
nature 14:23
necessary 14:14
necessity 15:6
neck 9:24
need 8:5
needed 6:1 7:24
needs 15:6
neither 19:9,11
never 6:8
New 1:1 2:5,7,21
    3:4,10 12:8
    19:4,20
North 13:3
Notary 2:5 19:3
    19:20
note 12:3 17:16
number 2:4

**O**

O 2:3 19:3,19
observed 14:6
occasion 13:15
    14:22 15:16
occupant 4:20
occupants 14:7
occurred 14:19
    15:5 17:23
officer 4:24 6:5
    6:6,24 7:6,6,19
    8:3,13 9:1 10:2
    10:2
officers 7:12
    9:19,22,23,25
    10:1
opinion 1:5 4:16
opinion/report
    4:6 18:1
oral 4:16
order 4:7,18
    16:24,25
outside 5:24
    14:13,20 15:1

**P**

P 3:1,1
page 5:8 7:3,17
    8:14
pain 10:17 13:21
paragraph 4:18
part 6:8 10:24
particular 5:19
    7:1 12:25
    14:21
particularly
    13:12 17:11
parties 19:11
PC 3:7
penalogical 15:8
people 5:24
perfectly 17:3
period 16:9
permanent 18:6
persistence
    13:24
persons 7:15
phone 8:8,12,12
Pike 2:21
place 15:1 19:8
Plaintiff 16:19
PLAINTIFFS
    3:5
plaintiff's 17:19
Plaza 2:6 12:8
plunged 13:7
plus 11:10
point 12:17
population 7:11
    16:16
position 16:12
    16:15
possible 15:21
premises 16:4
presented 18:2
pressure 10:5
prestige 16:15
presumably
    14:6,10
previously 18:7

pre-existing
13:17,22
principles 4:9
15:13 17:13
prior 18:11
prison 1:5 12:24
13:3 15:20
privileges 5:22
9:6
probably 6:8
proceedings 2:2
process 5:7
proper 15:6,7
Public 2:5 19:3
19:20
puffy 10:19
pulled 9:9
punches 11:7
punishment
15:22 17:20
punitive 15:14
17:13,17 18:15
18:17
purpose 15:8,17
15:18
purposes 17:7
pursuant 4:7
pushed 10:21
P-72 12:9,14

Q
Quaker 12:8
question 6:11
7:8 8:15,25 9:3
9:8,19 10:10
10:24 12:16,19
13:19 17:18
questioning 7:18
quick 16:18

R
R 3:1 19:1
raised 6:25
rammed 9:16
ran 9:9
read 5:2

really 13:13
rear 8:19
reason 12:25
15:15
reasonable
12:21 13:10
reasons 8:2
recall 4:24
received 12:12
receiving 8:6
14:9
recitation 18:12
reckless 17:19
recommend
18:7,15
record 5:3
recounts 12:19
reference 4:7,18
17:9,14
reflected 18:14
regard 1:4 5:1
12:4 13:1,23
16:5 17:13
regarding 4:4
relative 19:10,12
Relatively 12:10
remained 18:6
Remedy 12:15
12:17
remember 10:24
removal 16:21
17:6
reopening 4:2
rep 7:7,7,9,9
16:1,9
reply 7:20
report 1:5 4:17
18:8,16
Reporter 2:4
19:4
Reporting 2:20
required 4:17
respond 15:19
response 16:24
rest 6:25 15:25
restrictions 8:8

result 10:15,20
Resume 7:3
resumes 7:18
retaliation 12:25
review 4:15
reviewed 14:15
ribs 11:2,8
right 6:3 10:4
16:7,8
rights 6:15 8:9
17:20
room 8:11 14:5
ROSELLI 3:7,8
Rule 4:16

S
S 3:1 12:6,7
sadistic 15:11
saliva 10:9
salivating 10:8
saying 6:18 7:1
scared 12:2
search 15:19
16:22 17:7
second 4:23 5:15
16:19
Secondly 14:7
16:6
segments 5:2
send 8:7
sense 11:12
16:25
sergeant 5:20,21
6:2 8:20 9:5
11:22 15:23
16:3
set 4:11 19:8
seven 4:18
severe 13:21
severity 18:12
shit 9:11 11:4
Shorthand 19:4
shut 11:23
side 10:8
similarly 13:1
18:15

sir 11:18
six 9:21,22 10:12
Skipping 7:2
slammed 13:16
small 8:17 11:9
11:10
SOG 14:21
SOGs 14:17
15:15,24
someone's 11:10
South 2:21
so-called 16:10
speak 7:15,19
speaking 6:2
Special 1:6,20
4:3,8,8,19 18:2
specific 6:23
specifically
14:16 15:22
17:14
spoke 5:20 8:24
SQUARE 3:10
stamp 12:13
standards 18:14
started 9:11
state 1:5 2:5 3:9
12:13,24 19:4
19:20
statement 13:2
States 1:1 2:6
station 8:13
status 13:9
stenographica...
19:7
step 8:20,20 9:9
16:5
Steven 6:5,7
stick 11:9
stopped 10:2
STREET 3:4
suffered 10:25
summary 17:16
support 14:22
sure 5:16,17
6:12,21 9:22
surface 13:17

swelling 10:18
10:18
system 12:24

T
T 19:1,1
take 12:3 15:1
taken 2:3 16:23
19:7
talked 16:19
terms 13:4 17:9
terrified 10:9
testified 4:22
testimony 5:1
12:4,20 19:6
tests 17:21
Theresa 2:3 19:3
19:19
things 15:1
think 5:6 6:22
10:11 14:18,22
thousand 18:9
18:17
three 9:12,23
tier 5:20 7:7,22
time 4:21 5:3,9,9
8:4 9:1,14,14
9:15 10:4,23
14:8,17 16:8
19:7
told 6:3 7:24 8:4
8:10,24 9:5
11:21,22
totally 18:13
touch 6:1 7:25
8:5
trailer 4:21 7:7
7:11 9:10
10:21 14:2,4
14:10,13,20
15:2 16:1
transcript 2:2
4:16 5:3 19:6
transporting
15:17
treated 5:21 6:4

Trenton 12:8
troop 8:21
trouble 13:7
true 19:6
trying 11:13,14
 11:15,15
turn 4:1 5:12
twice 16:20
two 4:21 7:11
 8:22 9:22
two-and-a-half
 9:12

**U**
underlie 4:10
unit 7:4 10:6
 14:10 15:2,21
 16:2,21,22
 17:7
United 1:1 2:6
unnecessary
 15:11
unusual 17:20

**V**
valid 13:4
vicinity 15:16
Videoconfere...
 2:20
violated 8:9
visited 17:23
vs 1:8
vulnerable
 16:16

**W**
W 1:20 3:3,9
Walker 4:12
 17:10,11
wall 9:10,16
want 5:12 13:7
 16:18
wasn't 6:3
Watford 1:7 4:2
 4:5,20 15:4,12
 15:23 17:23

18:10
Watford's 4:14
 17:4
way 5:21 6:3
 12:12 16:6
ways 8:1
well-documen...
 13:18
went 6:4 7:7,21
 8:11
weren't 5:23
 11:15
West 4:21
we're 8:6,6,7
we've 14:9
White 2:21
WILLIAM 1:9
wing 11:23
wings 7:5 14:4
written 4:17
 12:10
wrote 12:6

**X**
XIO857 19:21

**0**
08-146 1:2 4:2
08102 2:7 3:4
08106 2:21
08690 3:10

**1**
11 7:18
12 8:15
1337 3:9
15 5:8
18 5:8
1998 12:18

**2**
2D 4:21
2nd 6:20
20 12:11 18:17
2008 1:15 5:4
 19:21

2010 19:20
21 7:3
22nd 12:11
25 1:15
251 2:21
27 7:17
27th 12:14
29 8:15 19:21

**3**
3rd 6:21
30X100085700
 2:4
33 3:9
330 3:4

**5**
5 19:20
52.1 4:16

**6**
609-586-2257
 3:10

**8**
856-546-1100
 2:22
856-968-9201
 3:5

**9**
9th 5:4
9:30 2:7